IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

FILED
04 JUL 29 AM 10:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

ABDULKADIR SALIM,            )
                             )
            Petitioner,      )
                             )
vs.                          )   CIVIL ACTION NO. 04-AR-1262-M
                             )
JOHN ASHCROFT, et al.,       )
                             )
            Respondents.     )

ENTERED
JUL 29 2004

## MEMORANDUM OF OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved.[1] The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed as moot. An appropriate order will be entered.

DONE, this __29th__ day of __July__, 2004.

_____
WILLIAM M. ACKER, JR.,
UNITED STATES DISTRICT JUDGE

---

[1] The copy of the Magistrate's Report and Recommendation mailed to the petitioner at his last know address was returned marked "Return to Sender, Attempted, Not Known."

